UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>HUNTER MOORE and<br>CHARLES EVENS,<br>    aka "Gary,"<br><br>            Defendants. | No. CR 13-917-DMG<br><br>ORDER CONTINUING  TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [45]<br><br>**TRIAL DATE:**<br>  **March 24, 2015 at 8:30 a.m.**<br><br>**PRETRIAL CONFERENCE:**<br>  **February 25, 2015 at 2:30 p.m.** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on November 3, 2014.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from November 18, 2014, at 8:30 a.m. to **March 24, 2015 at 8:30 a.m.** The pretrial conference hearing is continued to **February 25, 2015 at 2:30 p.m.**

2. The time period of November 18, 2014 through March 24, 2015, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendants shall appear in Courtroom 7 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California, for the pretrial conference on February 25, 2015 at 2:30 p.m., and for trial on March 24, 2015 at 8:30 a.m.

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

November 4, 2014  
DATE

DOLLY M. GEE  
UNITED STATES DISTRICT JUDGE