UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 13-917-DMG |
| Date | February 25, 2015 |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE, U. S. DISTRICT JUDGE |
| Interpreter | N/A |

| KANE TIEN | ANNE KIELWASSER | WENDY T. WU |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. HUNTER EDWARD MOORE | X | | X | ROBERT M. HOLLEY | X | | X |

**Proceedings:**     **CHANGE OF PLEA**

X   Defendant moves to change his plea to **Counts 2 and 9 of the Indictment**. Defendant states his true name is **HUNTER EDWARD MOORE.**

X   Defendant is sworn and waiver of Defendant's Constitutional Rights is taken. Defense counsel joins in waiver of Defendant's Constitutional Rights.

X   Defendant enters a new and different plea of **GUILTY** to **Counts 2 and 9 of the Indictment**.

X   The Court questions Defendant regarding plea of GUILTY, and finds a factual and legal basis for the plea, the plea is free of any coercive influence, and the plea is voluntarily made with full knowledge of the charges against Defendant and the consequences of the plea; that, aside from the written Plea Agreement, there have been no promises of any kind made to Defendant by anyone and no threats or coercion have been exerted upon Defendant in any manner. The Court ORDERS the plea accepted and entered.

X   The Court refers Defendant to the Probation Office for investigation and preparation of a pre-sentence report and continues the matter to **June 24, 2015 at 10:30 a.m.** for sentencing. The Final Pretrial Conference of February 25, 2015 and the Jury Trial date of March 24, 2014 are hereby vacated. Defendant is ordered to appear. Bail to stand.

X   Other: **Counsel shall comply with the Federal Rules of Criminal Procedure. The Government's Sentencing Position is due at least two weeks prior to the sentencing date. Defendant's Sentencing Position is due at least one week before the sentencing date. If there are no position papers, counsel are directed to file a notice of non-opposition**. Late filing of position papers, other than letters of support, may cause a postponement of the sentencing hearing.

cc:   USPO                                                                                                                   : 26
      PSA