

# United States District Court
### Central District of California
## Office of the Clerk

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

November 18, 2019

Clerk, United States District Court

_____Eastern_____   District of   _____California_____

2500 Tulare Street, Room 1501
Fresno, CA  93721

Re:     Transfer of Our Case No.  CR 13-917 DMG _____
        Assigned Your Case No.  _____
        Case Title:  United States of America v. Hunter Edward Moore _____

Dear Sir/Madam:

☑    Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter, which has been approved by this court.  Please present to your court for approval.

     Upon approval, please return the **original** to this office and we will send you the necessary documents from our file.  If you assign a case number at this time, please enter the number where indicated above, and return a copy of this letter as well.

☐    Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of:  1) indictment/information, and 2) judgment and probationary order.

     Please acknowledge receipt of these documents on the copy of this letter and return to this district.

                    Sincerely,

                    Clerk, U.S. District Court

                    By  G. Kami        grace_kami@cacd.uscourts.gov
                    Deputy Clerk

cc:     Probation Office, Central District of California
        Probation Office, Transferee District

---

### Acknowledgment of Receipt

Receipt is hereby acknowledged of the enclosures referred to above.

                    Clerk, U.S. District Court

                    By  _____

_____
Date                                        Deputy Clerk

CR-22 (05/18)                    **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**