REDACTED

| ✏ PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR13-00917-DMG |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central of California | DIVISION Western |
|---|---|---|
| Mr. Hunter Edward Moore | NAME OF SENTENCING JUDGE Dolly M Gee | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM September 22, 2017    TO September 21, 2020 |

**OFFENSE**
Unauthorized Access to a Protected Computer to Obtain Information for Private Financial Gain and Aiding and Abetting the Unauthorized Access to a Protected Computer to Obtain Information for Purposes of Private Financial Gain, 18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i), and Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(2).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    CENTRAL    DISTRICT OF    CALIFORNIA

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

    November 18, 2018          *[signature: Dolly M. Gee]*
           Date                                  *Dolly M. Gee, United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    *Effective Date*                        *United States District Judge*